**Order entered March 3, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01034-CR

**TAYLOR YANCY BERG, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75212-R**

### ORDER

Before the Court is appellant's February 28, 2020 motion to file a supplemental clerk's record containing appellant's presentence investigation report and CATS evaluation. We **GRANT** the motion and **ORDER** the Dallas County District Clerk to file a supplemental clerk's record containing appellant's presentence investigation report and CATS evaluation within **TEN DAYS** of the date of this order.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE